# Court of Appeals
# of the State of Georgia

ATLANTA,  March 22, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1460.  MICHAEL TREMBLE v. THE STATE.**

In 2017, Michael Tremble pled guilty to one count of theft by deception and two counts of theft by shoplifting, and the trial court imposed a total sentence of ten years on probation.  The court revoked two years of Tremble's probation in May 2018 after finding that he had committed several new criminal offenses and ordered him to serve those two years in prison.  In December 2018, Tremble filed a pro se motion to correct, modify, vacate, or suspend his prison sentence, which the trial court denied.  He then filed this direct appeal.  We lack jurisdiction.

The underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998).  The underlying subject matter here is the revocation of Tremble's probation.  An appeal in such a proceeding must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (5), (b); *White*, 233 Ga. App. at 874.  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Consequently – and pretermitting whether Tremble improperly filed his pro se December 2018 motion while he was represented by counsel – his failure to follow

the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___03/22/2019___
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*